|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   |     |     |
| 5   |     |     |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| ARLENE MARIE HUDSON, | ) No. ED CV 17-957-JFW (PLA) |
| --- | --- |
| Plaintiff, | ) **ORDER ACCEPTING** |
|  | ) **MAGISTRATE JUDGE'S** |
| v. | ) **REPORT AND RECOMMENDATION** |
|  | ) |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, et al., | ) |
|  | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1. The Report and Recommendation is accepted.
2. Defendants' Motions to Dismiss the FAC (Docket Nos. 117, 118, and 121) are granted.
3. Judgment shall be entered consistent with this order.

/

/

/

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 16, 2018

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE