JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| ARLENE MARIE HUDSON, | No. ED CV 17-957-JFW (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE, et al., | |
| Defendants. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: February 16, 2018

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE